

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | NO. 2:18-CR-00269-PSG |
| LEVELL DAWSON DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of <u>defendant</u>, IT IS ORDERED that a detention hearing is set for <u>June 8</u>, <u>2018</u>, at <u>11:00</u> ☒a.m. / ☐p.m. before the Honorable <u>Karen L. Stevenson</u>, in Courtroom <u>580, Roybal Courthouse</u>. at 255 E. Temple St., Los Angeles, CA 90012.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: June 6, 2018

Karen L. Stevenson
U.S. ~~District Judge~~/Magistrate Judge